```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 9 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                   :   ORDER

RENE DJESSA, and                  :   15 Cr. 858 (UA)
DANIEL OHOYO,
                                  :
      Defendants.
                                  :
- - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Daniel S. Noble;

    It is found that the Indictment in the above-captioned action, 15 Cr. 858 (UA), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment, 15 Cr. 858 (UA), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        October 19, 2018

                                      _Kevin Nathaniel Fox_
                                      UNITED STATES MAGISTRATE JUDGE